PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 19 2020

CLERK, U.S. DISTRICT COURT
By_____
 Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Terry Hawkins 0175407
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

CASE NO. 4-20CV1255-A
(Clerk will assign the number)

v.

Bill Waybourne 401 W. Belknap Ft Worth TX 76196
Defendant's Name and Address

Sharon Wilson 401 W. Belknap Ft. Worth T 76196
Defendant's Name and Address

Jon Wilder 401 W. Belknap Ft-Worth TX 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES  ☐ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: 29 OCT. 2020
   2. Parties to previous lawsuit:
      Plaintiff(s) TERRY HAWKINS
      Defendant(s) Bill Waybourne
   3. Court: (If federal, name the district; if state, name the county.) FORT WORTH TX TARRANT COU.
   4. Cause number: ?
   5. Name of judge to whom case was assigned: ?
   6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
   7. Approximate date of disposition: ?

2

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: #0964177 Robert Marrs 100 N. Lamar Ft. Worth Tx 76196
Demetrie Johnson 0839960 100 W. Lamar St. Ft. Worth, TX 76196
Adeus Maria 1212 Nicole Way 76028 0934310 / (817) 845-7765 Ft. Worth Tx

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bill Waybourne Sheriff 401 W. Belknap Ft. Worth 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
No 6 Ft during Covid 19. Violation of Civil Rights

Defendant #2: Sharon Wilson District Attorney 401 W. Belknap Ft. Worth Tx 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not getting 6 feet Violation of Civil Rights during Covid 19

Defendant #3: Tomas Wilder County Clerk 401 W. Belknap Ft. Worth, Texas 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not getting 6 feet Violation of Civil Rights during Covid 19

Defendant #4: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My 6 Foot during Covid 19 is being Violated. The CDC says it is very important because people between 65-50 Are the worse case if they catch Covid 19. I'm 56.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay me for stressing me out And wipe my record clean past & present

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Terry Hawkins  Hawk  Robert Ochstein

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
510514 TDC   583809 TDC   859835 TDC

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

C.  Has any court ever warned or notified you that sanctions could be imposed?   ____YES ✓NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____
   2.  Case number:_____
   3.  Approximate date warning was issued:_____

Executed on: 15 Nov. 2020
         DATE

Telly Hawkins 0175967
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 15TH day of November, 20 20.
         (Day)              (month)           (year)

Telly Hawkins 0175967
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. _____

*Press hard when writing*

**Name** Terry Hawkins     **CID No.** N75407

**Housing Assignment** 5A 7     **Date** 11/19/20

**Is this an "American with Disabilities Act (ADA) Complaint?**   Yes [✓]   No [ ]

> State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

I am wondering why we are being punished in the C/F pods. I know my rights under the ADA Amendments during the Covid-19 with a few [illegible] to [illegible] [illegible] [illegible] [illegible] [illegible] is then telling the [illegible] [illegible] [illegible] [illegible] if you like the [illegible] out of [illegible] [illegible] with the [illegible] [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] that [illegible] [illegible] to change something.

---

**GRIEVANCE OFFICE USE ONLY*****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** _____   **Date** _____   **Code** _____

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

_____
_____
_____
_____
_____

White Copy To File     Canary Copy To Inmate (Grievance Response)     Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

